IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>CRIDDLE, MARY E.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-72515 MB<br><br>Judge MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.  The Petition commencing this case was filed on 10/17/07. The Trustee was appointed on 10/17/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.  The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.  The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.  A summary of the Trustee's Final Report as of October 10, 2008 is as follows:

    a.  RECEIPTS (See Exhibit C)           $     21,000.00

    b.  DISBURSEMENTS (See Exhibit C)      $          0.00

    c.  NET CASH available for distribution $    21,000.00

    d.  TRUSTEE/PROFESSIONAL COSTS

      1.    Trustee compensation requested (See Exhibit F)    $_____2,850.00

      2.    Trustee Expenses (See Exhibit F)    $_____0.00

      3.    Compensation requested by attorney or other professionals for trustee (See Exhibit F-1)    $_____2,209.00

  e.    Illinois Income Tax for Estate (See Exhibit G)    $_____0.00

5. The Bar Date for filing unsecured claims expired on.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

  a.    Allowed unpaid secured claims    $_____0.00

  b.    Chapter 7 Administrative and 28 U.S.C. §1930 claims    $_____5,059.00

  c.    Allowed Chapter 11 Administrative Claims    $_____0.00

  d.    Allowed priority claims    $_____0.00

  e.    Allowed unsecured claims    $_____25,094.61

  f.    Surplus return to debtor    $_____0.00

7. Trustee proposes that unsecured creditors receive a distribution of 63.52% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $2,209.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $2,209.00.

9. A fee of $895.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

                                            RESPECTFULLY SUBMITTED:

DATE:   October 10, 2008              /s/Stephen G. Balsley
                                            STEPHEN G. BALSLEY
                                            6833 STALTER DRIVE
                                            ROCKFORD, IL  61108
                                            (815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>CRIDDLE, MARY E.<br><br>Debtor(s) | CASE NO. 07-72515 MB<br><br>Judge MANUEL BARBOSA |

## DISTRIBUTION REPORT

I, **STEPHEN G. BALSLEY**, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 5,059.00 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 15,941.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 21,000.00 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $5,059.00 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 2,850.00 | 2,850.00 |
| | Stephen G. Balsley, Attorney for Trustee | 2,209.00 | 2,209.00 |
| | TOTAL | $ | 5,059.00 |

d. $15,941.00 for general unsecured creditors who have filed claims allowed in the total amount of $25,094.61, yielding a dividend of 63.52%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $25,094.61 | 63.52% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | U.S. Bank | 131.00 | 83.23 |
| 2 | Chase Bank USA | 13,309.00 | 8,454.35 |
| 3 | US Bank NA | 11,654.61 | 7,403.42 |
| | TOTAL | $ | 15,941.00 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   October 10, 2008         /s/Stephen G. Balsley
                                  STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 2,850.00 | $ 2,850.00 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 2,209.00 | $ 2,209.00 |
| **TOTALS** | **$ 0.00** | **$ 5,059.00** | **$ 5,059.00** |

## EXHIBIT A

## TASKS PERFORMED

## MARY E. CRIDDLE
## CHAPTER 7 BANKRUPTCY CASE NO. 07-72515

Shortly after the Section 341 Meeting, the Trustee discovered a possible inheritance of the Debtor which was not scheduled in the bankruptcy petition nor disclosed by the Debtor at the Section 341 Meeting. The Trustee investigated into the matter and discovered that the Debtor was a beneficiary of the Vance Pfeiffer Trust. The Trustee reviewed the assets of the Trust to determine the value. A major asset in the Trust was a parcel of real estate located in Rochelle, Illinois. When the Trust was unable to liquidate the asset, the Trustee entered into negotiations with the Trustee and beneficiaries of the Trust and reached an agreement which provided that the Trust would pay to the bankruptcy estate the sum of $21,000.00 in full satisfaction of any claim of the bankruptcy estate against the Trust. The Court approved the compromise after notice to creditors on October 1, 2008.

The Trustee has determined that no income tax return is necessary for the bankruptcy estate. The Trustee has reviewed the claims filed, and has found no basis for objection.

SGB:vcg

EXHIBIT B

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-72515 MB | Trustee: (330410) STEPHEN G. BALSLEY |
|---|---|---|
| Case Name: | CRIDDLE, MARY E. | Filed (f) or Converted (c): 10/17/07 (f) |
| | | §341(a) Meeting Date: 11/15/07 |
| Period Ending: | 10/10/08 | Claims Bar Date: |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 10.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account - Rock Valley Federal CU | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account - Rock Valley Federal CU | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term insurance on job; no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 Scion | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Possible inheritence (u) | 21,000.00 | 21,000.00 | | 21,000.00 | FA |
| 10 Assets | Totals (Excluding unknown values) | $33,110.00 | $21,000.00 | | $21,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): December 31, 2008          Current Projected Date Of Final Report (TFR): October 10, 2008 (Actual)

Printed: 10/10/2008 08:35 AM   V.10.54



# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-72515 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | CRIDDLE, MARY E. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****83-65 - Money Market Account |
| Taxpayer ID #: | REQUESTED | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/10/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/09/08 | {10} | Vance C. Pfeiffer Trustee | Inheritance | 1229-000 | 21,000.00 | | 21,000.00 |
| | | | ACCOUNT TOTALS | | 21,000.00 | 0.00 | $21,000.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 21,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $21,000.00 | $0.00 | |

{} Asset reference(s)                                                                                                      Printed: 10/10/2008 08:35 AM    V.10.54

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-72515 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | CRIDDLE, MARY E. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****83-66 - Checking Account |
| Taxpayer ID #: | REQUESTED | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/10/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****83-65 | 21,000.00 | 0.00 | 21,000.00 |
| Checking # ***-*****83-66 | 0.00 | 0.00 | 0.00 |
| | $21,000.00 | $0.00 | $21,000.00 |

{} Asset reference(s)    Printed: 10/10/2008 08:35 AM    V.10.54