Case Name: CRIDDLE, MARY E.
Case No:    07-72515

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: October 15, 2008        WILLIAM T. NEARY
                                        United States Trustee, Region 11

                              BY:   */s/ Carole J. Ryczek*
                                        CAROLE J. RYCZEK
                                        Attorney for the U.S. Trustee