IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
CRIDDLE, MARY E.

CASE NO. 07-72515 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-9376

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:    U.S. BANKRUPTCY COURT
          211 South Court Street, Room 115
          Rockford, IL 61101

   on:    November 17, 2008
   at:    9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 2,850.00 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 2,209.00 | |

4. The Trustee's Final Report shows total:

   a. Receipts                              $      21,000.00

   b. Disbursements                         $           0.00

   c. Net Cash Available for Distribution   $      21,000.00

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $15,941.00, to be distributed to the general unsecured

creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $25,094.61, resulting in an approximate distribution of 63.52% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:   October 10, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
815/962-6611

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman               Page 1 of 1                   Date Rcvd: Oct 16, 2008
Case: 07-72515                Form ID: pdf002              Total Served: 16

The following entities were served by first class mail on Oct 18, 2008.
db           +Mary E. Criddle,   109 W. McConnaghy,   Rochelle, IL 61068-2213
aty          +Jeffrey A Bivens,   Jeffrey A. Bivens, PC,   5844 Elaine Drive,   Rockford, IL 61108-2494
tr           +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
11685243     +Bank of America,   P.O. Box 15480,   Wilmington, DE 19850-5480
11685244      Bank of America,   PO Box 1390,   Norfolk, VA 23501-1390
11685242      Bank of America,   PO Box 53105,   Phoenix, AZ 85072-3105
11685245      Chase,   PO Box 52195,   Phoenix, AZ 85072-2195
11685246      Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
11816427     +Chase Bank USA,   c o Weinstein and Riley, PS,   2001 Western Ave  Ste 400,
               seattle, WA 98121-3132
11685248     +Kohl's,   PO Box 3004,   Milwaukee, WI 53201-3004
11685247     +Kohl's,   c/o Falls Collection Service,   PO Box 668,   Germantown, WI 53022-0668
11685249     +Rock Valley Federal Credit Union,   1201 Clifford Ave.,   Loves Park, IL 61111-7500
11685251    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   P.O. Box 790408,   Saint Louis, MO 63179-0408)
11685250    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 6340,   Fargo, ND 58125)
11801088     +US BANK NA,   Bankruptcy Dept,   PO BOX 5229,   CINCINNATI, OHIO 45201-5229
11807940     +US Bank NA,   Bankruptcy Dept,   PO Box 5229,   Cincinnati, OH 45201-5229
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                                 TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2008**                    **Signature:**    *Joseph Speetjens*